| | |
|---|---|
| 1  GARY M. RESTAINO<br>    United States Attorney<br>2  District of Arizona<br>3  SHARON K. SEXTON<br>    Arizona State Bar No. 012359<br>4  Email: Sharon.Sexton@usdoj.gov<br>    Assistant U.S. Attorney<br>5  Two Renaissance Square<br>    40 N. Central Ave., Suite 1800<br>6  Phoenix, Arizona 85004<br>    Telephone: 602-514-7500<br>7  Attorneys for Plaintiff | FILED ___ LODGED<br>___ RECEIVED ___ COPY<br>MAR 1 4 2023<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Aurelia Joe,<br><br>　　　　　Defendant. | No.　CR-23-8040-PCT-DLR (JZB)<br><br>**REDACTED<br>INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153 and<br>A.R.S. §§ 13-3623(A), 13-702,<br>and 13-705<br>(CIR – Child Abuse)<br>Count 1<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR – Assault Resulting in Serious<br>Bodily Injury)<br>Count 2<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR – Assault Resulting in Serious<br>Bodily Injury)<br>Count 3 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about October 19, 2022, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant AURELIA JOE, an Indian, under circumstances likely to produce death and serious physical injury and having care and

custody of John Doe, a child under the age of 15, caused and permitted him to be placed in a situation where his person and health were endangered.

In violation of Title 18, United States Code, Sections 1153 and Arizona Revised Statutes, Sections 13-3623(A), 13-702, and 13-705.

## COUNT 2

On or about October 19, 2022, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant AURELIA JOE an Indian, did intentionally, knowingly and recklessly assault the victim, John Doe, a child under the age of 18 years, resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 3

On or about October 19, 2022, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant AURELIA JOE an Indian, did intentionally, knowingly and recklessly assault the victim, M.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:   March 14, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
SHARON K. SEXTON
Assistant U.S. Attorney